ACCEPTED
04-14-00342-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/31/2014 9:26:17 AM
KEITH HOTTLE
CLERK

## No. 04–14–00342–CV

RICHARD A. RODRIGUEZ

vs.

JPMORGAN CHASE BANK, N.A.

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT

AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/31/2014 9:26:17 AM
KEITH E. HOTTLE
Clerk

### Advisory Regarding an Exhibit Volume of the Reporter's Record

Comes now appellant Richard A. Rodriguez, and submits this advisory regarding a computerized exhibit volume of the reporter's record.

The reporter's record has a volume of exhibits with the electronic file name: 04-14-00342-CV RPT Record V3 Erminia Uviedo 7-28-14.pdf. The first page of the volume is entitled "February 11, 2014 Volume 3 of 3".

The scanning device used to create the scanned images of the exhibits produced them in a very magnified state, such that they have to be reduced significantly in order to be viewed in a normally usable fashion.

The Adobe Acrobat computer screen page viewer will display the face sheet identifying the exhibit, and when the the next page is displayed–the first page of an exhibit–it is so large that it has to be reduced down to about 20% of its usual size in order to be viewed in a similar way as the exhibit face sheet. At that reduced size, the exhibit face sheets are not legible.

As was noted in the advisory submitted yesterday regarding a volume of the record, this exhibit volume could still be used in preparing a brief, and so no motion to correct the record was made under Tex. R. App. P. 34.6.

The undersigned does not know what scanning device and computer program were used to create the exhibit volume. This information is being provided so that its creation may be examined, and if a decision would be made to re-do the volume, it could be done while the appeal is still in progress.

1

Respectfully Submitted,

/s/ R. Robert Willmann, Jr.

———————————————————

R. Robert Willmann, Jr.
P.O. Box 460167
San Antonio, Texas 78246
Tel 844-244-9973
Temporary Fax 361-552-4305
Bar No. 21655960
willaw@idworld.net
Attorney for Richard A. Rodriguez

## Certificate of Service

I certify that this document was served by–

electronic service, or by fax, as applicable, to Marcie Schout, Quilling, Selander, Lownds, Wislett & Moser, 2001 Bryan Street, Suite 1800, Dallas, Texas 75201 (attorney for JPMorgan Chase Bank), and

e-mail to Erminia Uviedo, Court Reporter, Bexar County Justice Center, San Antonio, Texas 78205,

on the 31st day of December, 2014.

/s/ R. Robert Willmann, Jr.

———————————————————

R. Robert Willmann, Jr.